➧AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_____ District of Puerto Rico

United States of America )
v. )
Victor Lopez-Ortiz ) Case No: 95-cr-160 (SEC)
) USM No: _____
Date of Previous Judgment: 10/6/2000 ) FPD Hector Ramos
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ **DENIED.**   ☑ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __144__ months **is reduced to** __120__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   33          Amended Offense Level:   31
Criminal History Category:   I        Criminal History Category:   I
Previous Guideline Range:   135 to 168 months   Amended Guideline Range:   120 to 135 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

In no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served.

Except as provided above, all provisions of the judgment dated 6 OCT 00 shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   4/23/2008                                    _____
                                                              Judge's signature

Effective Date: _____
                (if different from order date)               Printed name and title